IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:11-CV-573-RJC-DCK

| | |
|---|---|
| ALMA P. BENDRICK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| STATE FARM MUTUAL AUTOMOBILE ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding a scheduling issue.

Defendant filed its "Motion To Dismiss" (Document No. 2) on November 17, 2011. After being allowed an extension of time, "Plaintiff's Brief In Opposition To Defendant's Motion To Dismiss" (Document No. 11) was filed on December 8, 2011. Defendant has failed to file a reply brief, or to notify the Court of its intent not to file such brief, and the time to do so has lapsed.[1]

**IT IS, THEREFORE, ORDERED** that Defendant be allowed an extension of time, through **January 13, 2012**, to file a reply brief in support of its pending motion to dismiss.

Signed: January 3, 2012

David C. Keesler
United States Magistrate Judge

---

[1] "The filing of a reply brief is not mandatory. . . . If the party making the motion does not wish to file a reply brief, it must so inform the Court and opposing counsel promptly in an electronically file notice." Local Rule 7.1(E).