# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Alma P. Bendrick,

    Plaintiff(s),                                      JUDGMENT IN A CIVIL CASE

vs.                                                          3:11cv573

State Farm Mutual Automobile Insurance Company,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 13, 2012 Order.

                                                Signed: April 13, 2012

                                                Frank G. Johns, Clerk
                                                United States District Court